IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CARLOS MARTINEZ<br>    Plaintiff | § § § | |
| v. | § § | Case No. 4:21-cv-00146-ALM |
| CITY OF CORINTH POLICE DEPARTMENT, JAMES HULSE, RASHAAN DOUGLAS, AND HERSHALL REYNOLDS<br>    Defendants. | § § § § § | |

## ORDER

On this day, the Court considered the joint stipulation of dismissal with prejudice in the above-captioned case. Having fully considered the same, it is hereby ORDERED that this case is DISMISSED WITH PREJUDICE.

All relief not previously granted is hereby DENIED.

The Clerk is directed to CLOSE this civil action.

**IT IS SO ORDERED.**

**SIGNED this 17th day of August, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE